SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC TSAI (SBN: 273056)
etsai@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
TESLA, INC. D/B/A TESLA MOTORS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANWAR MAHAL,<br><br>                     Plaintiff,<br><br>     v.<br><br>TESLA MOTORS, INC., and DOES 1 through 10, inclusive,<br><br>                     Defendants. | Case No.<br><br>**DECLARATION OF ERIC TSAI IN SUPPORT OF DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL**<br><br>State Court Complaint Filed:  April 28, 2022<br>Removal Date:  June 2, 2022 |

I, Eric Tsai, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Eastern District of California, and I am an associate with Gordon Rees Scully Mansukhani, LLP, attorney of record for Defendant TESLA, INC. d/b/a TESLA MOTORS, INC. ("Tesla"). I am a member in good standing with the State Bar of California. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. This declaration is submitted in support of Tesla's Notice of Removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1332, 1441 and 1446.

//

3. In executing this declaration, I do not intend, and Tesla has not authorized me, to waive any protections or privileges Tesla may have as to proprietary, trade secret, and/or confidential information, or to waive Tesla's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. On or about March 26, 2014, Plaintiff Kanwar Mahal ("Plaintiff") purchased a 2014 Tesla Model S, VIN: 5YJSA1H19EFP33973 ("Subject Vehicle"), for $103,062.00. Attached as **Exhibit A** is a true and correct copy of the Motor Vehicle Purchase Agreement (with personal identification information redacted), which indicates that Plaintiff' resides in Fresno, California.

5. Tesla is a Delaware Corporation with its principal place of business in Austin Texas. Attached as **Exhibit B** is a true and correct copy of Tesla's Certificate of Status issued by the California Secretary of State on May 26, 2022 (certificate no. 015861527). Attached as **Exhibit C** is a true and correct copy of Tesla's Statement of Information issued by the California Secretary of State on May 26, 2022 (certificate no. 015864230).

6. On April 28, 2022, Plaintiff filed her Complaint, asserting a single cause of action against Tesla for violation of the California Song-Beverly Consumer Warranty Act ("State Action"). Attached as **Exhibit D** is a true and correct copy of the Complaint filed in the State Action.

7. Tesla was served with the Complaint on May 3, 2022.

8. Upon my review of the Complaint and the Motor Vehicle Purchase Agreement, I was able to ascertain the amount in controversy and learned that this case is removable.

9. Based upon the allegations in the Complaint, the amount in controversy exceeds $75,000. Plaintiff claims she is entitled to restitution of the price paid for the vehicle all incidental, consequential and general damages, costs and expenses, attorney's fees, and a civil penalty of up to two times the amount of actual damages. *See* Ex. D (Compl., ¶16, 17-22 and 4:6-17). Thus, the amount in controversy on Plaintiff's Song-Beverly claim is at least $75,000.

-2-
DECLARATION OF ERIC TSAI IN SUPPORT OF DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL

10. I performed calculations to determine the potential damages to be awarded to Plaintiff if she prevails on her Song-Beverly Act causes of action.

11. The Song-Beverly Act authorizes a prevailing party to recover up to two times the purchase price of the vehicle as civil penalty. Cal. Civ. Code § 1794(c). This is, in fact, the exact amount in civil penalties Plaintiff is seeking in this case. *See* Ex. D (Compl., ¶ 21 and 4:12).

12. The total sale price of the vehicle was $103,062.00. Thus, even before taking into account attorney's fees, Plaintiff's actual damages of $103,062.00 plus $206,124.00 as a two times civil penalty pursuant to the Song-Beverly Act, totals $309,186.00.

13. Attached as **Exhibit E** is a true and correct copy of the Summons in the State Action.

14. Attached as **Exhibit F** is a true and correct copy of the Civil Cover Sheet filed in the State Action.

15. Attached as **Exhibit G** is a true and correct copy of Tesla's Answer to Plaintiff's Complaint filed in the State Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed this 2nd day of June, 2022 in San Francisco California.

/s/ *Eric Tsai*
Eric Tsai

-3-
DECLARATION OF ERIC TSAI IN SUPPORT OF DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL