# Exhibit C




# Corporation - Statement of Information

Entity Name:

Entity (File) Number:
File Date:
Entity Type: Corporation
Jurisdiction:
Document ID:

**Detailed Filing Information**

1. Entity Name:

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:

   c. Street Address of Principal Executive Office:

3. Officers:
   a. Chief Executive Officer:

   b. Secretary:

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.



Officers (cont'd):

   c. Chief Financial Officer:

4. Director:

   Number of Vacancies on the Board of Directors:

5. Agent for Service of Process:

6. Type of Business:

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Certificate Verification No.: 015864230 Date: 05/26/2022

Document ID:



# California Secretary of State
**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

**Request Type:** Certified Copies
**Entity Name:** TESLA MOTORS, INC.
**Formed In:** DELAWARE
**Entity No.:** 2550630
**Entity Type:** Stock Corporation - Out of State - Stock

**Issuance Date:** 05/26/2022
**Copies Requested:** 1
**Receipt No.:** 001821352
**Certificate No.:** 015864230

---

## Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 21939919-1 | 03/18/2022 | Statement of Information | 2 |

** **** ****** ******** End of list ******** ****** **** **

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 26, 2022.

**SHIRLEY N. WEBER, PH.D.**
Secretary of State

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.