# Exhibit A

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC TSAI (SBN: 273056)
etsai@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
TESLA, INC. D/B/A TESLA MOTORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANWAR MAHAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TESLA MOTORS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-00673-AWI-BAM<br><br>**DEFENDANT TESLA, INC.'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>State Court Complaint Filed: April 28, 2022<br>Removal Date: June 2, 2022 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Tesla, Inc. d/b/a Tesla Motors, Inc ("Tesla") hereby offers:

1. Tesla will pay Plaintiff Kanwar Mahal ("Plaintiff") **$55,954.16** to settle his claims against Tesla for the 2014 Tesla Model S, VIN: 5YJSA1H19EFP33973 ("Vehicle"), inclusive of any and all loan payoff amounts, civil penalties, any incidental/consequential damages, and any and all liability claimed in this action. Plaintiff shall file a dismissal of prejudice as to the entire action upon satisfaction of funding.

2. Plaintiff will surrender the Vehicle by delivering the Vehicle to Tesla on a date, time and place mutually agreeable no later than 15 days after the date of acceptance of this offer.

3. Tesla's funding obligations shall be satisfied on a date within 15 days after execution of this offer and receipt of all documents necessary to effect surrender.

//

4. In addition, Tesla will pay **$8,500.00** in attorneys' fees and costs or, if the parties cannot agree on a sum to be paid, Plaintiff may seek an award of costs, and award of attorneys' fees recoverable through properly noticed motions pursuant to California Civil Code section 1794(d). Tesla agrees that Plaintiff is the prevailing party for the purposes of any fee motion, as defined by Fed. R. Civ. P. 54(d). If a fee motion is filed, this shall not be construed as a waiver of Tesla's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs, or expenses sought.

5. Tesla will waive all claims it may have for costs and fees in this action.

6. Failure to accept this Offer of Judgment will result in Tesla claiming all benefits accruing to it under Rule 68 of the Federal Rules of Civil Procedure should Plaintiff not achieve a more favorable result at the trial of this action.

7. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless written notice of acceptance of this offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it was served). Plaintiff's acceptance of Tesla's offer must be made in writing, and may be indicated by the signature of Plaintiff's counsel below.

Dated: December 16, 2022           Respectfully submitted,

                                   GORDON REES SCULLY MANSUKHANI, LLP

                                   */s/ Eric Tsai*
                                   Spencer P. Hugret
                                   Eric Tsai
                                   Attorneys for Defendant
                                   TESLA, INC. d/b/a TESLA MOTORS, INC

On behalf of Plaintiff, I hereby accept the above Rule 68 Offer made by Defendant Tesla, Inc. d/b/a Tesla Motors, Inc.

DATED: 03/23/2023                  By: _____
                                   Tate C. Casey, Esq.
                                   Attorneys for Plaintiff
                                   KANWAR MAHAL

# CERTIFICATE OF SERVICE

*Kanwar Mahal v. Tesla Motors, Inc.*
United Stated District Court Eastern District of California
Case No. 1:22-cv-00673-AWI-BAM

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT TESLA, INC.'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

☒   BY ELECTRONIC MAIL to the e-mail address(es) set forth below:

Tate C. Casey
NEALE & FHIMA APC
34188 Pacific Coast Highway
Dana Point, CA 92629
Telephone:  (949) 661-1007
Facsimile:  (949) 661-3619
Email: tatecasey@nealefhima.com
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2022, in San Francisco, California.

*/s/* Priscilla Castro
Priscilla Castro