UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kanwar Mahal<br><br>Plaintiff,<br><br>v.<br><br>Tesla Motors, Inc.<br><br>Defendant. | Case No. 1:22-cv-0673-JLT-BAM<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 05/15/2023.

May 17, 2023

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk